UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CASE NO. 5:23-cv-00474-SLP

| | |
|---|---|
| NATHAN FEROLI, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| THE WELFARY, LLC, | |
| Defendant. | |
| _____/ | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Nathan Feroli, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Nathan Feroli, individually, as well as the putative class members' claims, are hereby dismissed <u>without</u> prejudice.

Date: July 12, 2023

Respectfully submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301

<u>/s/ Manuel S. Hiraldo</u>
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*